# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MICHAEL BEARDEN                                                                                  PLAINTIFF

v.                                              NO. 4:05CV01137 JLH

DUDLEY LEMON                                                                                    DEFENDANT

## ORDER

Defendant has moved to transfer this case from the Western Division to the Northern Division. Plaintiff has filed a response in which he admits the facts support the motion to transfer and concedes that the case should be transferred to the Northern Division.

IT IS THEREFORE ORDERED that defendant's Motion to Dismiss (Docket #3-1) is denied. The Motion to Transfer to Batesville Division (Docket #3-2) is granted. The Clerk is directed to change the caption and case number to reflect the transfer. The parties are directed to file all further pleadings, motions, and briefs in the Northern (Batesville) Division.

IT IS SO ORDERED this 15th day of September, 2005.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE