IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN (BATESVILLE) DIVISION

**MICHAEL BEARDEN**                                                                                   **PLAINTIFF**

VS.                                         NO. 1:05cv72

**DUDLEY LEMON, individually and in his official
capacity as the Sheriff of Cleburne County**                                    **DEFENDANT**

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants move this Court for summary judgment in favor of defendants and, in support of their motion, state the following:

1. In his Complaint, Plaintiff alleges the following wrongs:

    a. "Defendant Dudley Lemon ... terminated Plaintiff['s employment] in violation of his rights to freedom of speech under the Arkansas Constitution and the United States Constitution" and "Defendant's retaliation against Plaintiff violates the rights to freedom of speech under the Arkansas Constitution and the First Amendment to the Constitution of the United States, in violation of 42 U.S.C. § 1983, and the Arkansas Civil Rights Act of 1993, codified in Ark. Code Ann. § 16-123-107." Paragraphs 2 and 16 of Complaint.

    b. ". . . Defendant has wrongfully discharged Plaintiff in violation of public policy." Paragraph 21 of Complaint.

    c. ". . . Defendant has committed felony-tort by trying to force Plaintiff to change a ticket he had written, or not show up for trial." Paragraph 25 of Complaint.

2. In support of his alleged wrongs, Plaintiff alleges the following facts:

    a. "Defendant Lemon had a policy of not prosecuting DWI." Paragraph 7 of Complaint.

   b. "Defendant Lemon put pressure on Plaintiff to nolle pros several DWIs, based on the offenders relationship to a police officer or to Defendant Lemon.  Some of them were nolle prossed by Dudley after Plaintiff refused to do so, some of them were not nolle prossed because Plaintiff refused to do so."  Paragraph 8 of Complaint.

   c. "Plaintiff had more than one conversation with Defendant Lemon in which he disagreed with and protested this policy, including one about three months before his termination."  Paragraph 9 of Complaint.

   d. "Defendant Lemon would get angry with Plaintiff for doing this."  Paragraph 10 of Complaint.

   e. "Defendant Lemon terminated Plaintiff effective December 31, 2004, claiming Plaintiff wrote too many traffic tickets."  Paragraph 11 of Complaint.

   f. "Defendant Lemon terminated Plaintiff for protesting and disagreeing with a policy not prosecuting DWIs."  Paragraph 14 of Complaint.

 3. Summary dismissal of the Complaint, as against the County Defendants, is appropriate because:

   a. Plaintiff was not deprived of life, liberty, or property without due process of law and there is, therefore, neither any viable U.S. Civil Rights Act of 1871 claim (42 U.S.C. 1983) nor any any viable Arkansas Civil Rights Act (Ark. Code Ann. 16-123-107) claim.

   b. Plaintiff's employment was not terminated in violation of Arkansas public policy.

   c. Defendants have not committed any so-called "felony tort."

   d. The doctrine of qualified immunity applies to shield Dudley Lemon, individually, from any purported liability.

    e.      The County is immune from Plaintiff's claim for punitive damages.

    f.      Defendants are entitled to the benefit of statutory tort immunity.

> Respectfully submitted,
>
> DUDLEY LEMON, individually and in his official capacity as the Sheriff of Cleburne County, *County Defendant*
>
> RAINWATER, HOLT & SEXTON, P.A.
> P.O. Box 17250
> 6315 Ranch Drive
> Little Rock, AR 72222
> Telephone (501) 868-2500
> Telefax (501) 868-2505
> Email: rainwater@duncanrainwater.com
>
> By:    /s/ Michael Rainwater
>       Michael R. Rainwater, #79234

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. Lucien Gillham
HARRILL & SUTTER, PLLC
Attorneys at Law
Post Office Box 21908
Little Rock, Arkansas 72221

>    /s/ Michael Rainwater
> Michael Rainwater
> Attorney for Defendants
> RAINWATER, HOLT & SEXTON, P.A.
> P.O. Box 17250
> 6315 Ranch Drive
> Little Rock, Arkansas 72222-7250
> Telephone (501) 868-2500
> Telefax (501 868-2505
> Email: rainwater@duncanrainwater.com

6653.2280