IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL BEARDEN                                                                        PLAINTIFF

VS.                                    NO. 1:05CV00072JLH

DUDLEY LEMON, individually and in his official
 Capacity as the Sheriff of Cleburne County                          DEFENDANT

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW the Plaintiff, Michael Bearden, by and through counsel, Harrill & Sutter, P.L.L.C., who for the Brief in Support of his Motion for Partial Summary Judgment, states:

1.   Michael Bearden has filed claims for retaliation for exercise of First Amendment rights under 42 U.S.C. 1983, wrongful discharge in violation of public policy, and felony tort for being subjected to witness interference.

2.   Bearden was a deputy with the Cleburne County Sheriff's Office and was terminated because he resisted or refused to obey illegal orders to nolle pros DWIs, and protested the Sheriff's policy of not prosecuting DWIs.

3.   Under 42 U.S.C. 1983, Plaintiff must show that he was terminated, that he engaged in a protected activity, that the protected activity was a motivating factor in the termination decision, and that the Defendant was acting under color of law.

4.   For the County to be liable the decision must have been the result of an official policy or have been made by a policy-maker.

5.   Plaintiff moves for the Court to enter Partial Summary Judgment against Defendant, finding the following: That Sheriff Dudley Lemon, the policy maker on law enforcement and employment decisions at the Cleburne County Sheriff's Office, acting under color of law, terminated Michael Bearden.

WHEREFORE, Plaintiff prays that the Court enter an Order granting his Motion for Partial Summary Judgment, and for all other appropriate relief.

Respectfully submitted,

HARRILL & SUTTER, P.L.L.C.
Attorneys at Law
Post Office Box 26321
310 Natural Resources Drive
Little Rock, Arkansas 72221-6321
501/224-1050; Facsimile 501/223-9136
Attorneys for the Plaintiff


By */s/ Lucien Gillham*
    Lucien Gillham, Ark. Bar #99199


CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of January 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to counsel for the Defendants:

Mike Rainwater
Duncan & Rainwater, P.A.
POB 17250
Little Rock, AR 72222-1725

                    */s/ Lucien Gillham*
                    Lucien Gillham

g:\doc\bearden\sj.doc