IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL BEARDEN                                                           PLAINTIFF

VS.                            NO. 1:05CV00072JLH

DUDLEY LEMON, individually and in his official
 Capacity as the Sheriff of Cleburne County                               DEFENDANT

### PLAINTIFF'S MOTION TO STRIKE

COMES NOW the Plaintiff, Michael Bearden, by and through counsel, Harrill & Sutter, P.L.L.C., who for the Brief in Support of his Motion to Strike, states:

1. Defendant has filed a Motion for Summary Judgment supported by a Statement of Indisputable Facts that is 413 paragraphs long, and, as a result, does not comply with the local rules.

2. Therefore, Defendant's Motion for Summary Judgment should be struck for failure to comply with the local rules.

WHEREFORE, Plaintiff prays that the Court enter an Order granting his Motion to Strike Defendant's Motion for Summary Judgment, and for all other appropriate relief.

Respectfully submitted,

HARRILL & SUTTER, P.L.L.C.
Attorneys at Law
Post Office Box 26321
310 Natural Resources Drive
Little Rock, Arkansas 72221-6321
501/224-1050; Facsimile 501/223-9136
Attorneys for the Plaintiff


By /s/ Lucien Gillham
      Lucien Gillham, Ark. Bar #99199

1

CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of January 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to counsel for the Defendants:

Mike Rainwater
Duncan & Rainwater, P.A.
POB 17250
Little Rock, AR 72222-1725

                                       /s/ Lucien Gillham
                                       Lucien Gillham

g:\doc\bearden\motstrike.doc