IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL BEARDEN          PLAINTIFF

v.          No. 1:05CV00072 JLH

DUDLEY LEMON, Individually and In His
Official Capacity as Sheriff of Cleburne County          DEFENDANTS

## ORDER

Plaintiff's motion for extension of time up to and including February 21, 2006, to respond to defendant's motion for summary judgment (Docket #26) is GRANTED.

IT IS SO ORDERED this 10th day of February, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE